**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 3:14-00023** |
| | ) | **Judge Sharp** |
| **CHARLES SCARBOROUGH** | ) | |

## ORDER

This matter is on appeal from a judgment of conviction and sentence entered January 28, 2014, by Magistrate Judge Griffin. Within twenty (20) days from the date of entry of this Order, Defendant shall file his initial brief, and the Government shall file a response brief within twenty (20) days of Defendant's filing. Any reply shall be filed within ten (10) days of the Government's response.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE